# Court of Appeals
# of the State of Georgia

ATLANTA, November 16, 2015

*The Court of Appeals hereby passes the following order*

**A16D0097. IN THE INTEREST OF: S. S. AND E. S., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

02814J1151 02814J1152



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 16, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*